U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

APR 19 1999

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

WILBERT J. COUVILLION and LENNIE N.
COUVILLION, his wife,

    Plaintiffs,

vs.

**A.P. GREEN INDUSTRIES, INC.**
f/k/a MEXICO BRICK & FIRE CLAY CO.
f/k/a A.P. GREEN FIRE BRICK CO.
(former subsidiary of United States
Gypsum co.; former subsidiary of
USC Corp.)
A Delaware Corporation
Green Boulevard
Mexico, MO 65265

**ARMSTRONG WORLD INDUSTRIES, INC.**
f/k/a ARMSTRONG CORK COMPANY
(successor and/or parent of ACands, Inc.)
A Pennsylvania Corporation
313 W. Liberty Street
P.O. Box 3001
Lancaster, PA 17604

**ASBESTOS CLAIMS MANAGEMENT CORPORATION**
f/k/a National Gypsum company
a Delaware Corporation
2608 Eastland Avenue
Suite 202
Greenville, TX 75402

**CROWN CORK AND SEAL COMPANY**
(successor and/or parent of
Mundet Cork Corp.)
A Pennsylvania Corporation
9300 Ashton Road
Philadelphia, PA 19136

**D.B. RILEY, INC.**
f/k/a RILEY STOKER CORP.
(A Massachusetts Corporation)
5 Neponset Street
Worcester, MA 01606
P.O. Box 15040
Worcester, MA 01615

CIVIL ACTION COMPLAINT
CV99-0704 A

JUDGE LITTLE
MAGISTRATE JUDGE KIRK



**DRESSER INDUSTRIES, INC.**
f/k/a S.R. DRESSER MANUFACTURING CO.
f/k/a DRESSER MANUFACTURING CO.
(successor and/or parent of
Harbison-Walker Refractories Company;
successor and/or parent of Canadian
Refractories, Ltd.)
(A Delaware Corporation with
headquarters in Dallas, Texas)
2001 Rose Avenue
Dallas, TX   75201

**GAF CORPORATION**
f/k/a GENERAL ANILINE & FILM CORP.
(successor and/or parent of Ruberoid
Company; successor and/or parent Vermont
Asbestos Corporation; successor
and/or parent of Gold Seal Asphalt Roofing
Co.; successor and/or parent of Longhorn
Roofing Products.; successor and/or parent
of American Asphalt Roofing Corp.)
A Delaware Corporation
1361 Alps Road
Wayne, NJ 07470

**GARLOCK, INC.**
f/k/a GARLOCK PARKING CO.
(subsidiary of Colt Industries, Inc.;
successor and/or parent of Belmont Packing
and Rubber Company; successor and/or parent
of Anchor Packing company)
An Ohio Corporation
1666 Division Street
Palmyra, NY   14522

**GASKET HOLDINGS, INC.**
f/k/a FLEXITALLIC, INC.
f/k/a FLEXITALLIC CO.,
f/k/a FLEXITALLIC GASKET CO.
f/k/a WOOD BROTHERS
(subsidiary of T & N, Inc.;
a subsidiary of T & N, PLC.)
A Delaware Corporation
777 E. Eisenhower Parkway #600
Ann Arbor, MI   48108

**HARBISON-WALKER REFRACTORIES COMPANY**
A Delaware Corporation
600 Grant Street
Pittsburgh, PA   15219

**PITTSBURGH CORNING CORPORATION**
(subsidiary of PPG Industries, Inc.
and Corning, Inc.)
A Pennsylvania Corporation
800 Presque Isle Drive
Pittsburgh, Pennsylvania 15239

**QUIGLEY COMPANY**
(subsidiary of Pfizer, Inc.)
A New York Corporation
405 Lexington Avenue
New York, NY  10174

**RAPID-AMERICAN CORPORATION**
f/n/a Glen Alden Corporation
(successor by merger to Glen
Alden Corporation, Briggs
Manufacturing Co., Philip Carey
Corporation and Philip Carey
Manufacturing Company),
An Delaware Corporation
2955 East Market Street
York, PA  17402

**T & N, PLC**
f/k/a TUNER & NEWALL, PLC
f/k/a TUNER & NEWALL, LTD.
(successor and/or parent of Bell's United
Asbestos Co., Ltd. successor and/or parent of
Keasby & Mattison Company; successor and/or
parent of Bell Asbestos Mines, Ltd.;
successor and/or parent of Flexitallic
Gasket Company; successor and/or parent
of Atlas Asbestos Company, Ltd.;
successor and/or parent of Turner Brothers
Asbestos Company; successor and/or parent
of Nuturn Corp.; successor and/or parent
of Maremont Corporation; successor and/or
parent of World Bestos Division of
Lear Siegler Diversified Holding, Inc.;
successor and/or parent of Grizzly
Manufacturing Co.) A Foreign
Corporation (England)
Bowden House
Ashburton Roadwest, Trafford Park
Manchester, England  M171RA

**UNITED STATES GYPSUM COMPANY**
(subsidiary of USG Corporation;
successor and/or parent of A.P. Green
Refractories Company; successor and/or
parent of DAP, Inc.)
A Delaware Corporation
125 Franklin Street

Chicago, IL  60606-4678

**UNITED STATES MINERAL PRODUCTS COMPANY**
f/k/a UNITED STATES MINERAL WOOL COMPANY
(subsidiary of Isolatek Corporation;
successor and/or parent of Spraycraft
Corporation; sucessor and/or parent of
CAFCO (Columbia Acoustics and
Fireproofing Company)
A New Jersey Corporation
Furnace Street
Stanhope, NJ  07874

**W.R. GRACE & COMPANY - CONN.**
f/k/a W.R. GRACE & COMPANY
(successor and/or parent of Zonolite Company;
successor and/or parent of Multibestos Company)
A Delaware Corporation
Crocker Tower
One Town Center Road
Boca Raton, FL  33486

Defendants.
_____/

Plaintiffs, hereby adopt and incorporate Plaintiffs' Master Long Complaint in Re: Asbestos Litigation in the United States District Court for the Eastern District of Pennsylvania filed as Miscellaneous No. 86-0457. Pursuant to the August 20, 1986 Order of the Honorable Charles R. Weiner, the following short form Complaint is utilized in this asbestos action:

1. The Plaintiffs are WILBERT J. COUVILLION and LENNIE N. COUVILLION, his wife.

2. The Court has jurisdiction of this matter by way of diversity of citizenship pursuant to 28 U.S.C. §1332(a), inasmuch as plaintiffs are citizens of the State of Louisiana and the Defendants are corporations incorporated and having their principal places of business in states other than Louisiana. The matter in controversy exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand ($75,000.00) Dollars.

3. The Defendants are those companies listed in the caption.

4. Plaintiffs hereby incorporate by reference the following counts from the Master Long-Form Complaint: Counts I, II, VII and X.

5. Plaintiff-Worker's asbestos employment history including, to the extent possible at this time, the asbestos products to which Plaintiff-worker was exposed is attached hereto as Schedule I.

6. Plaintiff-Worker was diagnosed as having asbestosis as a result of his exposure to asbestos. SEE SCHEDULE 1 FOR DIAGNOSIS DATES.

7. The Claims for lost wages of Plaintiff-worker is undetermined at this time.

8. Plaintiffs certify that they have not been parties to any related third party asbestos litigation.

Dated this 16th day of April, 1999.

Respectfully submitted,

LOUIS S. ROBLES, P.A.
One Bayfront Plaza
100 South Biscayne Boulevard
Suite 900
Miami, Florida 33131-2026
Tel: (305)-371-5944
Fax: (305)-372-9138

BY: _____
LORI E. SCHRIER, ESQ.
Attorney for Plaintiffs
Florida Bar No.: 706019

SCHEDULE I                                                                            Page:    1

| CLIENT NAME/ SS#/ DOB | SPOUSE SS#/DOB | EMPLOYER/WORKSITE/APPROXIMATE DATES DOCTOR/DATE OF DIAGNOSIS/DIAGNOSIS |
|---|---|---|
| 006621 Couvillion, Wilbert J. 830 Bordelon Street  Marksville, LA  71351-2240 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  08/30/17 | Lennie 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  09/02/21 | Plaintiff worked at numerous job sites throughout his work history.  At this time, the plaintiff can identify the following worksite as to all the defendants: Avondale Shipyard                       1939-1952 New Orleans,  LA Dr. Richard Levine   04/24/98 Asbestosis |